**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERMAN MACK,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4012** |
| | : | |
| **JOHN TERRA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 25th day of September, 2026, upon consideration of Plaintiff Sherman Mack's *pro se* Amended Complaint (ECF No. 17), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim for the reasons stated in the Court's Memorandum.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ John Milton Younge*

**JOHN MILTON YOUNGE, J.**